| | |
|---|---|
| 1 | THIERMAN LAW FIRM PC |
| | MARK R. THIERMAN (SBN 72913) |
| 2 | 7287 Lakeside Drive |
| | Reno, Nevada  89511 |
| 3 | Telephone:  (775) 284-1500 |
| | Facsimile:  (775) 703-5027 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | LISA LYNN HARVEL |
| | |
| 6 | JACKSON LEWIS LLP |
| | RENÉ E. THORNE |
| 7 | (Pro Hac Vice Petition Pending) |
| | 650 Poydras Street, Suite 1900 |
| 8 | New Orleans, Louisiana 70130 |
| | Telephone:  (504) 208-5827 |
| 9 | Facsimile:  (504) 208-1759 |
| | BRENDAN J. BEGLEY (SBN 202563) |
| 10 | (Counsel for Service) |
| | 801 K Street, Suite 2300 |
| 11 | Sacramento, California 95814 |
| | Telephone:  (916) 341-0404 |
| 12 | Facsimile:  (916) 341-0141 |
| | |
| 13 | Attorneys for Defendant |
| | OWENS HEALTHCARE-RETAIL PHARMACY, |
| 14 | INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LISA LYNN HARVEL, on behalf of herself, all others similarly situated and the general public, | Case No. 2:09-cv-01249-JAM-GGH |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |
| v. | |
| OWENS HEALTHCARE-RETAIL PHARMACY, INC., a California corporation, and as TRUSTEE OF THE OWENS HEALTHCARE-RETAIL PHARMACY, INC. EMPLOYEE BENEFIT PLAN, and DOES 1-50, inclusive, | |
| | Complaint Filed: 5/6/09 |
| | Trial Date:   None |
| Defendants. | |

Pursuant to Local Rule 6-144, Defendant OWENS HEALTHCARE-RETAIL PHARMACY, INC., and Plaintiff LISA LYNN HARVEL, by and between their respective

Stipulation to Extend Time for Defendant to File
Responsive Pleading                                  1                    Case No. 2:09-cv-01249 JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

counsel, stipulate to extend until July 29, 2009, the deadline for Defendant OWENS HEALTHCARE-RETAIL PHARMACY, INC., to file a responsive pleading to Plaintiff LISA LYNN HARVEL's Complaint. The parties represent that they have not stipulated to any other extension of time in this matter.

        IT IS SO STIPULATED.

Date: June 22, 2009                        THIERMAN LAW FIRM PC

                                          By: /s/ Mark R. Thierman
                                              Mark R. Thierman

                                              Attorneys for Plaintiff
                                              LISA LYNN HARVEL

Date: June 22, 2009                        JACKSON LEWIS LLP

                                          By: /s/ Brendan J. Begley
                                              RenéE. Thorne
                                              Brendan J. Begley

                                              Attorneys for Defendant
                                              OWENS HEALTHCARE-RETAIL
                                              PHARMACY, INC.

### **ORDER**

        Based upon stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

DATED: July 1, 2009                       /s/ John A. Mendez
                                              HONORABLE JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com