Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM, PC**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq., SB # 230322
**LAW OFFICE OF SCOTT A. MILLER**
**A Professional Corporation**
16133 Ventura Blvd. Suite 1200
Encino, CA 91436
Tel. (818) 788-8081

Steven L. Miller, Esq., SB # 106023
**LAW OFFICE OF STEVEN L. MILLER**
**A Professional Corporation**
16133 Ventura Blvd. Suite 1200
Encino, CA 91436
Tel. (818) 986-8900

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LYNN HARVEL, on behalf of herself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>OWENS HEALTHCARE – RETAIL PHARMACY, INC., a California corporation, and as TRUSTEE OF THE OWENS HEALTHCARE – RETAIL PHARMACY, INC. EMPLOYEE BENEFIT PLAN, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-01249-JAM-GGH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Pursuant to Local Rule 6-144, Plaintiff LISA LYNN HARVEL ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant OWENS

---

Stipulation for Extension of Time to File Joint Status Report          1

HEALTHCARE-RETAIL PHARMACY, INC. ("Defendant"), by and through their counsel of record, request this Court grant the parties a 30-day extension of time within which to file their Joint Status Report.

1. On May 6, 2009, Plaintiff filed a class action complaint against Defendant alleging violations of ERISA § 510 (29 U.S.C. § 1140), ERISA § 202(a) (29 U.S.C. § 1052(a)), and ERISA breach of fiduciary duty.

2. On July 2, 2009, the Court granted the parties' stipulation to extend Defendant's time for filing a responsive pleading to July 29, 2009.

3. On July 29, 2009, Defendant filed its Notice of Motion and Motion to Dismiss Plaintiff's Class Action Complaint Under Fed. R. Civ. Proc. 12(b)(6).

4. Pursuant to the Court's Order Requiring Joint Status Report issued on May 7, 2009 (Dkt. 4) and Fed. R. Civ. P. 26(f), the parties held a case management conference on August 7, 2009, whereby the parties entered into discussions related to narrowing the scope of the disputed issues in this matter. As such discussions are currently ongoing and may affect the requirements for, or narrow the scope of, the Joint Status Report, which may save the parties and the Court unnecessary time, expense and resources, the parties request the Court grant a 30-day extension of time within which the parties may file their Joint Status Report pursuant to the Court's May 7, 2009 Order Requiring Joint Status Report and Local Rule 16-240(b).

IT IS SO STIPULATED.

Dated this 10th day of August, 2009.        THIERMAN LAW FIRM, PC

                                            By:    /s/Mark R. Thierman
                                                MARK R. THIERMAN

                                            Attorney for Plaintiff
                                            LISA LYNN HARVEL

Dated this 10th day of August, 2009.        JACKSON LEWIS LLP

                                            By:    /s/ Jason M. Stein
                                                RENÉ E. THORNE (LA SBN 22875)

JASON M. STEIN (LA SBN 30073)
SUSANNE U. VETERS (LA SBN 27361
Jackson Lewis LLP
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

BRENDAN J. BEGLEY (SBN 202563)
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
OWENS HEALTHCARE-RETAIL
PHARMACY, INC.

## ORDER

Based upon stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

DATED: August 12, 2009.

*/s/ John A. Mendez*
HONORABLE JOHN A. MENDEZ

THIERMAN LAW FIRM, PC
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email laborlawyer@pacbell.net www.laborlawyer.net