JACKSON LEWIS LLP
RENÉ E. THORNE (LA SBN 22875)
JASON M. STEIN (LA SBN 30073)
SUSANNE U. VETERS (LA SBN 27361)
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

BRENDAN J. BEGLEY (SBN 202563)
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant,
OWENS HEALTHCARE-RETAIL PHARMACY, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACAMENTO DIVISION

| | |
|---|---|
| LISA LYNN HARVEL, on behalf of herself, all others similarly situated and the general public<br><br>Plaintiff,<br><br>v.<br><br>OWENS HEALTHCARE-RETAIL PHARMACY, INC., a California corporation, and as TRUSTEE OF THE OWENS HEALTHCARE-RETAIL PHARMACY, INC. EMPLOYEE BENEFIT PLAN, and DOES 1-50 inclusive,<br><br>Defendant. | Case No. 2:09-cv-01249-JAM-GGH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**<br><br>Complaint filed: April 30, 2009<br>Trial Date:      none |

Pursuant to Local Rule 6-144, Plaintiff LISA LYNN HARVEL ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant, OWENS HEALTHCARE-RETAIL PHARMACY, INC. ("Defendant"), by and through their counsel of record, request this Court grant Defendant a 30-day extension of time within which to file its response to Plaintiff's Amended Complaint as the parties are currently engaged in discussions which may obviate the

1

PDF created with pdfFactory trial version www.pdffactory.com

need for any responsive pleading.

1. On May 6, 2009, Plaintiff filed a class action complaint against Defendant alleging violations of ERISA § 510 (29 U.S.C. § 1140), ERISA § 202(a) (29 U.S.C. § 1052(a)), and ERISA breach of fiduciary duty.

2. On July 2, 2009, the Court granted the parties' stipulation to extend Defendant's time for filing a responsive pleading to July 29, 2009.

3. On July 29, 2009, Defendant filed its Notice of Motion and Motion to Dismiss Plaintiff's Class Action Complaint under Fed. R. Civ. Proc. 12(b)(6).

4. Pursuant to the Court's Order Requiring a Joint Status Report, issued on May 7, 2009 (Dkt. 4), and Fed. R. Civ. P. 26(f), the parties held a case management conference on August 7, 2009, whereby the parties entered into discussions related to narrowing the scope of the disputed issues in this matter. In view of those discussions, to save the parties and the Court an unnecessary waste of time, expense, and resources, the parties requested the Court grant the parties a 30-day extension of time within which to file their Joint Status Report, which the Court granted.

5. On August 14, 2009, Plaintiff filed an Amended Complaint. However, the parties' discussions have evolved, and they are currently engaged in discussions, which may obviate the need for Defendant to file any responsive pleading. As such, the parties request this Court grant Defendant a 30-day extension of time within which to file its response to Plaintiff's Amended Complaint so that the parties can fully explore the potential early resolution of this matter.

IT IS SO STIPULATED.

Dated this 31st day of August, 2009.   THIERMAN LAW FIRM, PC

By:   /s/Mark R. Thierman
MARK R. THIERMAN

Attorney for Plaintiff
LISA LYNN HARVEL

2

PDF created with pdfFactory trial version www.pdffactory.com

Dated this 31st day of August, 2009.    JACKSON LEWIS LLP

By:    /s/ Jason M. Stein
RENÉ E. THORNE (LA SBN 22875)
JASON M. STEIN (LA SBN 30073)
SUSANNE U. VETERS (LA SBN 27361)
Jackson Lewis LLP
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

BRENDAN J. BEGLEY (SBN 202563)
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
OWENS HEALTHCARE-RETAIL
PHARMACY, INC.

## **ORDER**

Based upon stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

DATED: August 31, 2009

   /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ

3

Stipulation for Extension of Time to Respond to Amended Complaint

Case No. 2:09-cv-01249-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com