Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM, PC**
7287 Lakeside Drive
Reno, Nevada  89511
Tel: (775) 284-1500

Scott A. Miller, Esq., SB # 230322
**LAW OFFICE OF SCOTT A. MILLER**
**A Professional Corporation**
16133 Ventura Blvd. Suite 1200
Encino, CA 91436
Tel. (818) 788-8081

Steven L. Miller, Esq., SB # 106023
**LAW OFFICE OF STEVEN L. MILLER**
**A Professional Corporation**
16133 Ventura Blvd. Suite 1200
Encino, CA 91436
Tel. (818) 986-8900

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| LISA LYNN HARVEL, on behalf of herself, all others similarly situated and the general public, <br><br> Plaintiff, <br><br> v. <br><br> OWENS HEALTHCARE – RETAIL PHARMACY, INC., a California corporation, and as FIDUCIARY OF THE OWENS HEALTHCARE – RETAIL PHARMACY, INC. EMPLOYEE BENEFIT PLAN, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 2:09-cv-01249-JAM-GGH <br><br> **STIPULATION FOR CONTINUANCE OF HEARING** <br><br> Complaint Filed:  April 30, 2009 <br> Trial Date:       None |

Pursuant to Local Rule 78-230(g), Plaintiff LISA LYNN HARVEL ("Plaintiff"), individually and behalf of all others similarly situated, and Defendant OWENS

Stipulation for Continuance of Hearing                                                                                    1

PDF created with pdfFactory trial version www.pdffactory.com

THIERMAN LAW FIRM, PC
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email laborlawyer@pacbell.net www.laborlawyer.net

1 HEALTHCARE-RETAIL PHARMACY, INC. ("Defendant"), by and through their
2 counsel of record, request that this Court grant a continuance of the hearing on Defendant's
3 Motion to Dismiss currently set for September 23, 2009 to November 4, 2009. This
4 continuance is requested to allow the parties time to finalize a settlement agreement that
5 will result in resolution of Plaintiff's claims and obviate the need for this matter to be
6 heard.

7     IT IS SO STIPULATED.

8     Dated: September 17, 2009.    THIERMAN LAW FIRM, PC

9
10                                     By:    /s/Mark R. Thierman
                                             MARK R. THIERMAN
11
12                                           Attorney for Plaintiff
                                          LISA LYNN HARVEL
13

14     Dated: September 17, 2009.    JACKSON LEWIS LLP

15                                            By:    /s/Jason M. Stein
16                                            RENÉ E. THORNE (LA SBN 22875)
                                           JASON M. STEIN (LA SBN 30073)
17                                            SUSANNE VETERS (LA SBN 2736)
                                           Jackson Lewis LLP
18                                            650 Poydras Street, Suite 1900
19                                            New Orleans, LA 70130
                                           Telephone: (504) 208-1755
20                                            Facsimile: (504) 208-1759

21                                            BRENDAN J. BEGLEY (SBN 202563)
22                                            801 "K" Street, Suite 2300
                                           Sacramento, CA 95814
23                                            Telephone: (916) 341-0404
                                           Facsimile: (916) 341-0141
24

25                                            Attorneys for Defendant
                                           OWENS HEALTHCARE-RETAIL
26                                            PHARMACY, INC.

27
28

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Based upon the stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

DATED:  September 18, 2009            /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ

Stipulation for Continuance of Hearing                                         3

PDF created with pdfFactory trial version www.pdffactory.com

THIERMAN LAW FIRM, PC
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email laborlawyer@pacbell.net www.laborlawyer.net

PDF created with pdfFactory trial version www.pdffactory.com