JACKSON LEWIS LLP
RENÉ E. THORNE
JASON M. STEIN
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-5827
Facsimile: (504) 208-1759

BRENDAN J. BEGLEY (SBN 202563)
(Counsel for Service)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
OWENS HEALTHCARE-RETAIL PHARMACY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LISA LYNN HARVEL, on behalf of herself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>OWENS HEALTHCARE-RETAIL PHARMACY, INC., a California corporation, and as TRUSTEE OF THE OWENS HEALTHCARE-RETAIL PHARMACY, INC. EMPLOYEE BENEFIT PLAN, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:09-cv-01249-JAM-GGH<br><br>**STIPULATED APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT IN VIEW OF SETTLEMENT**<br><br>Complaint Filed: 5/6/09<br>Trial Date:   None |

Pursuant to Local Rule 6-144, Plaintiff, LISA LYNN HARVEL ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant, OWENS HEALTHCARE-RETAIL PHARMACY, INC. ("Defendant"), by and through their counsel of record, request this Court grant Defendant a 30-day extension of time within which to file its

PDF created with pdfFactory trial version www.pdffactory.com

response to Plaintiff's Amended Complaint, as Defendant has provided Plaintiff's counsel a draft settlement agreement which, if accepted, will conclude this litigation.

1.  On May 6, 2009, Plaintiff filed a class action complaint against Defendant alleging violations of ERISA § 510 (29 U.S.C. § 1140), ERISA § 202(a) (29 U.S.C. § 1052(a)), and ERISA breach of fiduciary duty.

2.  On July 2, 2009, the Court granted the parties' stipulation to extend Defendant's time for filing a responsive pleading to July 29, 2009.

3.  On July 29, 2009, Defendant filed its Notice of Motion and Motion to Dismiss Plaintiff's Class Action Complaint under Fed. R. Civ. Proc. 12(b)(6).

4.  Pursuant to the Court's Order Requiring a Joint Status Report, issued on May 7, 2009 (Dkt. 4) and Fed. R. Civ. Proc. 26(f), the parties held a case management conference on August 7, 2009, whereby the parties entered into discussions related to narrowing the scope of the disputed issues in this matter. In view of those discussions, to save the parties and the Court an unnecessary waste of time, expense, and resources, the parties requested the Court grant the parties a 30-day extension of time within which to file their Joint Status Report, which the Court granted.

5.  On August 14, 2009, Plaintiff filed an Amended Complaint. However, in view of the progress made by the parties toward a voluntary resolution of this matter, the parties stipulated to continue by 30 days the deadline for Defendant to file pleadings in response to Plaintiff's Amended Complaint. The Court granted that extension in an order dated August 31, 2009. Plaintiff and Defendant's discussions regarding the terms of a settlement have been favorable and Defendant has provided Plaintiff's counsel a draft settlement agreement which would conclude this litigation. As such, the parties request this Court grant Defendant an additional 30-day extension of time within which to file its response to Plaintiff's Amended Complaint. This would establish a new deadline of October 30, 2009, for Defendant to file pleadings in response to Plaintiff's Amended Complaint.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Date: September 30, 2009                    THIERMAN LAW FIRM PC

                                            By: /s/ Mark R. Thierman
                                                Mark R. Thierman

                                            Attorneys for Plaintiff
                                            LISA LYNN HARVEL

Date: September 30, 2009                    JACKSON LEWIS LLP

                                            By: /s/ Jason M. Stein
                                                René E. Thorne
                                                Jason M. Stein
                                                Brendan J. Begley

                                            Attorneys for Defendant
                                            OWENS HEALTHCARE-RETAIL
                                            PHARMACY, INC.

## **ORDER**

Based upon the stipulated application of the parties, and good reason appearing, IT IS SO ORDERED.

DATED: September 30, 2009                    /s/ John A. Mendez
                                             HONORABLE JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com