JACKSON LEWIS LLP
RENÉ E. THORNE (LA SBN 22875)
JASON M. STEIN (LA SBN 30073)
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

BRENDAN J. BEGLEY (SBN 202563)
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant,
OWENS HEALTHCARE-RETAIL PHARMACY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LISA LYNN HARVEL, on behalf of herself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>OWENS HEALTHCARE-RETAIL PHARMACY, INC., a California corporation, and as TRUSTEE OF THE OWENS HEALTHCARE-RETAIL PHARMACY, INC. EMPLOYEE BENEFIT PLAN, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:09-cv-01249-JAM-GGH<br><br>**STIPULATION FOR CONTINUANCE OF HEARING DATE AND DATE FOR OWENS TO RESPOND TO AMENDED COMPLAINT**<br><br>Complaint Filed: 5/6/09<br>Trial Date:   None |

Pursuant to Local Rule 78-230(g), Plaintiff LISA LYNN HARVEL ("Plaintiff"), individually and behalf of all others similarly situated, and Defendant, OWENS HEALTHCARE-RETAIL PHARMACY, INC. ("Defendant"), by and through their counsel of record, request that this Court grant a continuance of the hearing on Defendant's Motion to Dismiss currently set for November 4, 2009 to January 6, 2010 at 9:00 AM.  In addition, the parties request that this Court grant a continuance of the date by which Defendant must respond to Plaintiffs' Amended Complaint, currently set for October 30, 2009, to January 6,

Stipulation For Continuance of Hearing Date and
Date for Owens to Respond to Amended
Complaint                                          1                              Case No. 2:09-cv-01249 JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

2010. This request for continuance is to allow the parties time to finalize a settlement agreement that will result in resolution of Plaintiff's claims and obviate the need for Defendant's motion to dismiss to be heard and Defendant to respond to Plaintiff's Amended Complaint.

IT IS SO STIPULATED.

Dated:  October 27, 2009.            THIERMAN LAW FIRM, PC


                                     By:      /s/Mark R. Thierman
                                            MARK R. THIERMAN

                                            Attorney for Plaintiff
                                            LISA LYNN HARVEL


Dated:  October 27, 2009.            JACKSON LEWIS LLP

                                     By:      /s/Jason M. Stein
                                            RENÉ E. THORNE (LA SBN 22875)
                                            JASON M. STEIN (LA SBN 30073)
                                            Jackson Lewis LLP
                                            650 Poydras Street, Suite 1900
                                            New Orleans, LA  70130
                                            Telephone:  (504) 208-1755
                                            Facsimile:  (504) 208-1759

                                            BRENDAN J. BEGLEY (SBN 202563)
                                            801 "K" Street, Suite 2300
                                            Sacramento, CA  95814
                                            Telephone:  (916) 341-0404
                                            Facsimile:  (916) 341-0141

                                            Attorneys for Defendant
                                            OWENS HEALTHCARE-RETAIL
                                            PHARMACY, INC.

Stipulation For Continuance of Hearing Date and
Date for Owens to Respond to Amended
Complaint                                    2               Case No. 2:09-cv-01249 JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based upon the stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

DATED: October 27, 2009

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ

Stipulation For Continuance of Hearing Date and
Date for Owens to Respond to Amended
Complaint                                3                    Case No. 2:09-cv-01249 JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com